AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Mark Eugene Blakely,
*Plaintiff*
v.

Virginia Department of Social Services, Child Support Eastern Virginia Office; Upstate Regional Office Child Support Services,
*Defendant*

Civil Action No.   6:20-cv-00969-HMH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Mark Eugene Blakely, shall take nothing of the defendants; Virginia Department of Social Services and Upstate Regional Office Child Support Services, from the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   April 28, 2020

ROBIN L. BLUME, CLERK OF COURT

By: _____
Deputy Clerk